■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH NALLEY, Also Known as JOSEPH NALLY, Appellant. [700 NYS2d 748] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 26, 1990 (*People v Nalley,* 167 AD2d 560), affirming a judgment of the Supreme Court, Kings County, rendered February 5, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENE POWELL, Appellant. [700 NYS2d 842] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullen, J.), rendered October 13, 1998, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Goldstein, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY QUEEN, Appellant. [700 NYS2d 748] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 1, 1999 (*People v Queen,* 258 AD2d 480), modifying a judgment of the Supreme Court, Queens County, rendered June 11, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.